RECEIVED
FEB - 3 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EZEKIEL OLUFUNMILADE OSINOGO | CIVIL ACTION NO. 13-02981 |
| VERSUS | JUDGE DEE D. DRELL |
| DEPT. OF HOMELAND SECURITY | MAGISTRATE JUDGE JAMES D. KIRK |

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that Osinogo's request for a preliminary injunction (Doc. 4) is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 3rd day of February, 2014.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT