RECEIVED
OCT - 1 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EZEKIEL O. OSINOGO | CIVIL ACTION NO. 13-2981 |
| VERSUS | JUDGE TRIMBLE |
| DEPARTMENT OF HOMELAND SECURITY | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Respondents' motion to dismiss (Doc. 21) is **GRANTED** and Osinogo's habeas petition is **DISMISSED AS MOOT**.

Additionally, the Court notes the copy of the report and recommendation mailed August 5, 2014 to Mr. Osinogo's last known address was returned to the Clerk of Court on August 18, 2014, marked "return to sender". Thirty days have passed since August 18, 2014, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

**THUS ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana, this 1st day of ~~September~~ October, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE